No. 44,303

DONALD SANDERS, *Appellant*, v. STATE OF KANSAS, *Appellee*.

(408 P. 2d 587)

*Richard D. Coffelt*, of Hays, argued the cause, and was on the brief for the appellant.

*Don C. Staab*, County Attorney, argued the cause, and *Robert C. Londerholm*, Attorney General, and *Steven P. Flood*, Assistant County Attorney, were with him on the brief for the appellee.

The opinion of the court was delivered by

KAUL, J.: Our opinion in this case was filed December 11, 1965, and is reported in *Sanders v. State*, 195 Kan. 701, 408 P. 2d 587.

The appellant has filed a motion for rehearing. The motion has been considered and is hereby denied.

The appellee has filed a motion to delete paragraph 2 of the syllabus and the corresponding portion of the opinion. Upon consideration of this motion it is by the court sustained.

It is therefore ordered that paragraph 2 of the syllabus and the corresponding portion of the opinion are hereby deleted and withdrawn. The decision is adhered to in all other respects.